UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                          ORDER ACCEPTING PLEA ALLOCUTION

                          08 Cr. 1065 (SCR)

v.

Hector Delgado,

---

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, United States Magistrate Judge, dated December 17, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: *January 13, 2009*

SO ORDERED:

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE